**Scarlet L. ROSS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2013–3125.**

United States Court of Appeals, Federal Circuit.

Feb. 7, 2014.

Lewanna Bell–Lloyd, of Olathe, KS, argued for petitioner.

Jeffrey D. Klingman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Steven J. Gillingham, Assistant Director. Of counsel on the brief was Paul St. Hillaire, Attorney, Office of the General Counsel, Office of Personnel Management, of Washington, DC.

CHEN, CLEVENGER, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**